IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ADRIAN GRAY,

      Appellant,

 v.

Case No.  5D23-290
LT Case No. 45-2004-CF-160

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 28, 2023

3.850 Appeal from the Circuit Court
for Nassau County,
James H. Daniel, Judge.

Adrian Gray, Cross City, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EDWARDS and JAY, JJ., concur.